SCANNED at PENDLETON and Emailed on

1-28-22 by *JT* - 10 pages.
(date)      (initials)   (num)

# COMPLAINT FORM

## (for filers who are prisoners without lawyers)

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF INDIANA

**FILED**

01/28/2022

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

(Full name of plaintiff(s))

_Demitrius D. Sturgis_

vs

(Full name of defendant(s))

_Warden - Dennis Reagle_

Case Number:

1:22-cv-213-JMS-TAB

(To be supplied by clerk of court)

---

A.    PARTIES:

1. Plaintiff is a citizen of _Indiana_ , and is located at
   (State)

   _Pendleton Correctional Facility, 4490 W Reformatory Rd, Pendleton, In 46064_
   (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper).

2. Defendant _Warden - Dennis Reagle_
   (Name)

D-6 (revised 12/28/15)                    Complaint - 1

is (if a person or private corporation) a citizen of _Indiana_____

(State, if known)

and (if a person) resides at _4490 W. Reformatory Rd. Pendleton In. 46064_

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _Warden - Dennis Reagle, Pendleton Correctional Facility_

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:

1.  Who violated your rights;
2.  What each defendant did;
3.  When they did it;
4.  Where it happened; and
5.  Why they did it, if you know.

On May 25, 2021 The Warden - Dennis Reagle Denied My Power Of Attorney To My Mom/Legal Legal Gardian! The IRS Sent MY Stimulas Check To MY Home Address Instead Of Pendleton Correctional Facility Were I Reside At For The Time Being! MY Account There At The Prison Was In The Negatives Because I Owed Money! Now When I Filled Out MY Power Of Attorney Papers, I'm Not Sure Exactly Word From Word What I Put In There! I Stated That MY Stimulas Check Was Sent To MY Mom House Is That I Needed

Have To Have Power Of Attorney So She Can Send Me Money & Help Herself And MY Step Kids That I Looked After While I Was Free! I Had No Money, No Food, No Cloths, And No Hygine When I Requested For Power Of Attorney! I Wrote Request Slips For Indigent Kits & I Was Dined! I Was Dinied Everytime Hygine When I Could Have Brought MY Own Hygine If He Didn't Deny MY Power Of Attorney! I Could Have Paid Pendleton The Money I Owed Them, And Assisted Tended To MY Own Needs! There Was A Pandemic At This Time Going On And Still Is & Getting More Dangerous By The Day! It Was Very Upsetting To Because I Had Family Test Positive For Cowid-19 & I Wasn't Able To Put Money On The Phone Either Because MY Power Of Attorney Was Denied!

C.    JURISDICTION

☐    I am suing for a violation of federal law under 28 U.S.C. § 1331.
                    OR

☑    I am suing under state law. The state citizenship of the plaintiff(s) is (are)
       different from the state citizenship of every defendant, and the amount of
       money at stake in this case (not counting interest and costs) is
       $ 10,000           .

D.    RELIEF WANTED

       Describe what you want the court to do if you win your lawsuit. Examples may
       include an award of money or an order telling defendants to do something or
       stop doing something.

I Will Like $10,000 Dollars If I When MY
Lawsuit For All MY Pain & Suffering! Also If
Offenders Don't Have Access To There Own Things
As For Money, ETC... There Power Of Attorney Should
Not At All Be Denied! Prison Lives Matter!

E. JURY DEMAND

☐    Jury Demand - I want a jury to hear my case
                    OR

☑    Court Trial – I want a judge to hear my case

Dated this _25_ day of _January_ 20_22_.

Respectfully Submitted,

_Demetrius Morgan_
Signature of Plaintiff

_281702_
Plaintiff's Prisoner ID Number

_Pendleton Correctional Facility, 4490 W Reformatory Rd._

_Pendleton In. 46064_
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☑    I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐    I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

D-6 (revised 12/28/15)              Complaint - 5